FRANKLIN W. LEE, Respondent, v. CONSTANCE WILCOCK LEE, Appellant.— Order modified as indicated in order and as so modified affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of N. SUMMERGRADE & SONS, Respondent, for an Order Directing and Compelling FRANK A. HALL and Others, Copartners, etc., Appellants, to Submit Matters in Dispute, etc., to Arbitration, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HYMAN D. BAKER, Respondent, v. ALLEN TYPEWRITER COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WAIT ESTATES, INC., Appellant, v. PRESTIGE REALTY Co., INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY S. FLEMING, Respondent, v. SCRANTON, MONTROSE AND BINGHAMTON RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EDWARD B. REDMAN and Another, Suing on Behalf of Themselves and All Other Stockholders, etc., Respondents, v. VERPLEX ART COMPANY, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CALIFORNIA ALMOND GROWERS EXCHANGE, Respondent, v. NATHAN KRONMAN & COMPANY, Defendant, Impleaded with HEERMANCE STORAGE AND REFRIGERATING COMPANY, Respondent. WOLF GORWITZ, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY TALIAFERRO, Respondent, v. HENRY B. TALIAFERRO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAX OSIAS, Appellant, v. ROBERT M. SOMMER, INC., Respondent.— Order modified by reinstating item (c) in the notice for examination of defendant's president, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANDERSON HOLDING CORPORATION, Appellant, v. MELIA ZRAICK, Respondent. — Order modified so as to permit the case to be placed upon the day calendar for immediate trial, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMAY MARGARITIS, Respondent, v. ARGYRIS MARGARITIS, Appellant.— Modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.